# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DERIC LAVELLE MAY,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 15-00347-KD-C |
| **WALTER MYERS, et al.,** | : |
| Defendant(s). | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 18, 2016, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this **18th** day of **April 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**